165 So.2d 481

Ivan BROOKS

v.

Dr. Charles R. ROBINSON.

No. 47328.

June 26, 1964.

In re: Dr. Charles R. Robinson applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 163 So.2d 186.

Writ refused. The Court of Appeal having remanded the matter, there is no final judgment to be reviewed.

165 So.2d 481

Wilmer J. THOMAS

v.

The PENNSYLVANIA FIRE INSURANCE COMPANY.

No. 47325.

June 26, 1964.

In re: The Pennsylvania Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 163 So. 2d 202.

Writ denied. On the facts found by the Court of Appeal the result is correct.

McCALEB, J., is of the opinion that a writ should be granted.